# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH RICHARD GONZALES,<br><br>    Plaintiff,<br><br>    v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:20-cv-0517 JLT<br><br>ORDER GRANTING THE COMMISSIONER'S REQUEST FOR AN EXTENSION OF TIME<br><br>(Doc. 17) |

Previously, the Court ordered any motion to substitute the party as a plaintiff shall be filed no later than July 15, 2021. (Doc. 16.) The Commissioner now seeks an extension of time to respond to the confidential letter brief, until after the deadline to file a substitution of party. (Doc. 17.) Plaintiff's counsel does not oppose the request. (*Id.* at 2.) Good cause appearing, the Court **ORDERS**:

    1.    The Commissioner's request for an extension of time is **GRANTED**; and

    2.    The Commissioner shall serve a response to the letter brief no later than **July 22, 2021**.

IT IS SO ORDERED.

Dated:   **May 3, 2021**            _/s/ Jennifer L. Thurston
                                           CHIEF UNITED STATES MAGISTRATE JUDGE