# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH RICHARD GONZALES, <br><br> Plaintiff, <br><br> v. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | Case No.: 1:20-cv-0517 JLT <br><br> ORDER GRANTING THE COMMISSIONER'S REQUEST FOR AN EXTENSION OF TIME <br><br> (Doc. 23) |

On October 14, 2021, the Commissioner filed a stipulation of the parties for an extension of time pending the identification of a party to substitute for Plaintiff Joseph Richard Gonzales. (Doc. 23) Good cause appearing, the Court **ORDERS**:

1. The extension of time (Doc. 23) is **GRANTED**; and
2. The Commissioner **SHALL** file a response to Plaintiff's confidential letter brief within fourteen days after any motion for substitution is granted by the Court.

IT IS SO ORDERED.

Dated: __October 22, 2021__            _____ /s/ Jennifer L. Thurston
                                        CHIEF UNITED STATES MAGISTRATE JUDGE